**Order entered February 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01318-CR

### GARY DONALD ROGERS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-30789-J**

## ORDER

The reporter's record was due December 22, 2019. When it was not filed, we notified court reporter Kimberly Xavier by postcard dated December 27, 2019 and delivered via electronic transmission that the reporter's record was past due and instructed her to file the record within thirty days. To date, the record has not been filed and we have had no communication from Ms. Xavier.

We **ORDER** court reporter Kimberly Xavier to file the complete reporter's record in the above appeal **by March 20, 2020**. We caution Ms. Xavier that the failure to file the record by that date will result in the Court taking take whatever action it deems appropriate to ensure this appeal proceeds in a more timely fashion which may include ordering she not sit until the record is filed.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; official court reporter Kimberly Xavier, Criminal District Court No. 3; and counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE